```
                            United States Bankruptcy Court
                                 District of Colorado

In re:                                                          Case No. 11-30500-MER
William Martin Mallamo                                          Chapter 7
Cindy Elane Mallamo
        Debtors               CERTIFICATE OF NOTICE
District/off: 1082-1          User: robbs                  Page 1 of 2              Date Rcvd: Aug 29, 2011
                              Form ID: 769                 Total Noticed: 72
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2011.

```
db/db      +William Martin Mallamo,    Cindy Elane Mallamo,    11113 Blackwolf Dr.,    Parker, CO 80138-3085
aty        +Brian G. Methner,    7900 E. Union Ave.,    Ste. 900,    Denver, CO 80237-2744
tr         +Cynthia Skeen,    PO Box 218,    Georgetown, CO 80444-0218
13604006    Affil Credit,    3055 41st St Nw St,    Rochester, MN  55903
13604007   +Affil Credit,    Po Box 7739,    Rochester, MN 55903-7739
13604009   +Apollo Credit Agency I,    ATTN: BANKRUPTCY,    3501 S Teller St,    Lakewood, CO 80235-2011
13604010   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13604014    Capin Leslie R. MD,    3463 S. Willow St.,    Ste 060,    Denver, CO  80231
13604016   +Centennial Credit Corporation,    7901 Ralston Road,    Arvada, CO 80002-2435
13604017   +Charles B. Darrah & Associates, LLC,    99 Inca St,    Denver, CO 80223-1523
13604024   +Colorado Student Loans,    1560 BROADWAY,    Suite 1700,    Denver, CO 80202-5159
13604023   +Colorado Student Loans,    999 18th St,    Denver, CO 80202-2471
13604025    Comcast,    PO Box 173885,    Denver, CO  80217-3885
13604029   +Credit Union Of Colorado,    Attn: Accounts Receivables,    PO BOX 18655,    Denver, CO 80218-0655
13604030    Direct TV,    PO Box 78626,    Phoenix, AZ  85062-8626
13604031    Diversified Radiology,    PO Box 173840,    Denver, CO  80217-3840
13604032   +Dr. Todd Ungar MD,    2525 S Downing St,    Denver, CO 80210-5817
13604035   +Emergency Physicians At Porter, Parker,    And Littleton,    Po Box 5006,    Denver, CO 80217-5006
13604036   +Endodontics Of Colorado LLC,    19700 East Parker Square Dr.,    Suite #8,    Parker, CO 80134-7300
13604037    Enhanced Recovery Company, LLC,    8014 Bayberry Rd,    Jacksonville, FL  32256-7412
13604038   +Eric Jamrich MD,    10103 Ridgegate Pkwy,    Ste 306,    Lone Tree, CO 80124-5525
13604039    Farrell & Seldin,    7807 E Peakview Ave Ste 410,    Englewood, CO  80111-6849
13604040   +Fbcs,    1560 BROADWAY,    2200 Byberry Rd Ste 120,    Hatboro, PA 19040-3739
13604041   +Frank J. Ball, #16477,    7880 E. Berry Place,    Greenwood Village, CO 80111-2302
13604043    Home Depot Credit Services,    Processing Ctr,    Des Moines, IA  50364-0001
13604046   +Legal Collection Company,    99 Inca St.,    Denver, CO 80223-1523
13604047   +LifeTime Fitness,    9250 Crown Crest Blvd.,    Parker, CO 80138-8868
13604051   +MRS Associates,    1930 Olney Ave.,    Cherry Hills, NJ 08003-2016
13604053   +NCO Financial Systems,    PO BOX 15740,    Wilmington, DE 19850-5740
13604054   +NCSPlus,    117 East 24th St.,    5th Floor,    New York, NY 10010-2937
13604052   +Nco Fin/09,    507 Prudential Rd,    Horsham, PA 19044-2308
13604055   +Nelson, Watson & Associates, LLC,    80 Merrimack St Lowe Level,    Haverhill, MA 01830-5202
13604056   +Ntl Recovery,    2020 S Oneida St,    Denver, CO 80224-2449
13604057   +Parker Adventist Hospital,    8140 South Holly St,    Centennial, CO 80122-4004
13604060   +Pridemark Paramedic Services,    6100 W 54th Ave,    Arvada, CO 80002-4023
13604063   +Revenue Enterprises LLP,    3131 S Vaughn Way Ste 42,    Aurora, CO 80014-3511
13604064   +Rocky Mountain Spine Clinic Pc,    10103 Ridge Gate Parkway,    Suite 306,
             Love Tree, CO 80124-5525
13604065   +Saturn Systems,    PO BOX 482,    Bailey, CO 80421-0482
13604066   +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13604067   +The Children's Hospital,    PO Box 441188,    Aurora, CO 80044-1188
13604068   +The Pinery Country Club,    Attn: Lisa,    6900 E. Pinery Pky,    Parker, CO 80134-6300
13604069   +Tiger Services, LLC,    19039 E. Plaza Dr, Suite 205,    Parker, CO 80134-8703
13604071    Transworld Systems Inc,    6041 S Syracuse Way Ste 210,    Greenwood Village, CO  80111-4716
13604070   +Transworld Systems Inc,    1611 W. County Rd. B Ste,    Roseville, MN 55113-5021
13604072   +United Health Care Insruance CO,    9900 Bren Road,    Minnetonka, MN 55343-4402
13604073   +Wakefield And Assoc,    3091 S Jamaica Ct Ste 20,    Aurora, CO 80014-2639
13604074   +West Asset Management,    Po Box 790113,    St Louis, MO 63179-0113
13604075    Xcel Energy,    PO Box 840,    Denver, CO  80201-0840
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust        +E-mail/Text: ustp.region19@usdoj.gov Aug 30 2011 02:08:44     US Trustee,    999 18th St.,
             Ste. 1551,   Denver, CO 80202-2415
13604008    EDI: AFNIRECOVERY.COM Aug 30 2011 01:53:00     AFNI, Inc.,    PO Box 3427,
             Bloomington, IL  61702-3427
13604011   +E-mail/Text: electronic.bk.notification@bcservice.com Aug 30 2011 02:08:09     Bc Services,
             451 21st Ave,    Longmont, CO 80501-1421
13604012   +E-mail/Text: electronic.bk.notification@bcservice.com Aug 30 2011 02:08:09     Bc Services,
             ATTENTION:  BANKRUPTCY DEPARTMENT,    Po Box 1317,    Longmont, CO 80502-1317
13604020    EDI: CHRYSLER.COM Aug 30 2011 01:53:00     Chrysler Financial,    PO Box 9223,
             Farmington Hills, MI  48333-9223
13604015   +E-mail/Text: cms-bk@cms-collect.com Aug 30 2011 02:08:22     Capital Management Services,
             726 Exchange St #700,    Buffalo, NY 14210-1464
13604019    EDI: CHASE.COM Aug 30 2011 01:53:00     Chase,    PO Box 94014,    Palatine, IL  60094-4014
13604018   +EDI: CHASE.COM Aug 30 2011 01:53:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13604021    EDI: CITICORP.COM Aug 30 2011 01:53:00     Citi Bank,    PO Box 688901,
             Des Moines, IA  50368-8901
13604022    EDI: CODEPREV.COM Aug 30 2011 01:53:00     Colorado Dept. of Revenue,
             1325 Sherman Street, Room 504,    Denver, CO  80261-0001
13604026    EDI: CMIGROUP.COM Aug 30 2011 01:53:00     Comcast Denver,    C/O Credit Management,
             PO BOX 118288,    Carrollton, TX  75011-8288
13604027   +EDI: CCS.COM Aug 30 2011 01:53:00     Credit Collection Services,    2 Wells Avenue,
             Newton, MA 02459-3246
```

```
District/off: 1082-1          User: robbs              Page 2 of 2                   Date Rcvd: Aug 29, 2011
                              Form ID: 769             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13604028      +EDI: CMIGROUP.COM Aug 30 2011 01:53:00      Credit Management, LP,    4200 International Parkway,
               Carrollton, TX 75007-1912
13604034      +EDI: DTEE.COM Aug 30 2011 01:53:00      Dte Energy,   One Energy Plaza /attn: Bankruptcy Depar,
               Detroit, MI 48226-1221
13604033      +EDI: DTEE.COM Aug 30 2011 01:53:00      Dte Energy,   1 Energy Plz # Wcb2106,
               Detroit, MI 48226-1221
13604042      +E-mail/Text: jsouders@hilltopmd.com Aug 30 2011 02:08:08      Hilltop Family Physicians,
               19964 E Hilltop Rd # A,    Parker, CO 80134-7316
13604044      +EDI: HFC.COM Aug 30 2011 01:53:00      Hsbc Bank Nevada N.a.,    PO Box 4552,
               Buffalo, NY 14240-4552
13604045       EDI: IRS.COM Aug 30 2011 01:53:00      IRS Central Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114-0326
13604048      +EDI: RESURGENT.COM Aug 30 2011 01:53:00      Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
13604049      +EDI: MID8.COM Aug 30 2011 01:53:00      Midland Credit Mgmt,    ATTENTION: BANKRUPTCY DEPARTMENT,
               8875 Aero Dr,   San Diego, CA 92123-2255
13604050      +EDI: MID8.COM Aug 30 2011 01:53:00      Midland Credit Mgmt,    Po Box 939019,
               San Diego, CA 92193-9019
13604059      +EDI: PRA.COM Aug 30 2011 01:53:00      Portfolio Recvry And Affil,    ATTN: BANKRUPTCY,
               Po Box 41067,   Norfolk, VA 23541-1067
13604061      +E-mail/Text: APOPE@PFCCOLLECTS.COM Aug 30 2011 02:07:54      Professional Finance C,
               5754 W 11th St Ste 100,    Greeley, CO 80634-4811
13604062      +E-mail/Text: APOPE@PFCCOLLECTS.COM Aug 30 2011 02:07:54      Professional Finance C,
               5754 West 11th Street Suite 100,    Greeley, CO 80634-4811
13604075       EDI: XCELENERGY.COM Aug 30 2011 01:53:00      Xcel Energy,   PO Box 840,   Denver, CO 80201-0840
                                                                                             TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13604013*     +BC Services,    451 21st Ave,   Longmont, CO 80501-1421
13604058     ##+Portfolio Recvry And Affil,    287 Independence,   Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2011**               **Signature:**        *Joseph Speetjens*

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/10)        Case Number **11–30500–MER**

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/26/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Martin Mallamo<br>11113 Blackwolf Dr.<br>Parker, CO 80138 | Cindy Elane Mallamo<br>mem Consolidated Metal Resources, LLC, mem AMM Construction Management, LLC<br>11113 Blackwolf Dr.<br>Parker, CO 80138 |
| Case Number:<br>11–30500–MER | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1319<br>xxx–xx–8286 |
| Attorney for Debtor(s) (name and address):<br>Brian G. Methner<br>7900 E. Union Ave.<br>Ste. 900<br>Denver, CO 80237<br>Telephone number: 303–293–2828 | Bankruptcy Trustee (name and address):<br>Cynthia Skeen<br>PO Box 218<br>Georgetown, CO 80444<br>Telephone number: 303–569–3134 |

### Meeting of Creditors

Date: **October 3, 2011**            Time: **01:00 PM**
Location: **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/2/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Deadline to Provide Documents and Notice of Possible Dismissal:
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017–2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017–2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does

not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  8/29/11 |

## EXPLANATIONS

FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

–– Refer to Other Side for Important Deadlines and Notices ––